# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA NELSON, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TEXTILE COMPANY, INC.,<br><br>Defendant. | Case No.: 23-CV-1879-CAB-SBC<br><br>**ORDER SETTING HEARING ON MOTION TO DISMISS**<br><br>[Doc. No. 21] |

In light of Defendant's request for oral argument on its motion to dismiss the first amended complaint, it is hereby **ORDERED** that a hearing on Defendant's motion [Doc. No. 20] is set for **March 6, 2024**, at **2:00 p.m.** in Courtroom 15A.

It is **SO ORDERED**.

Dated: February 12, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge