UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA NELSON, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN TEXTILE COMPANY, INC.,<br><br>Defendant. | Case No.: 23-CV-1879-CAB-SBC<br><br>**ORDER VACATING HEARING AND DENYING MOTION TO DISMISS**<br><br>[Doc. No. 20] |

Upon consideration of Defendant's motion to dismiss the first amended complaint ("FAC"), the Court finds that the motion is without merit. Assuming the truth of the factual allegations in the FAC, it adequately states a plausible claim for relief that Plaintiff has Article III standing to pursue. Accordingly, the motion is **DENIED**, and the hearing set for March 6, 2024, is **VACATED**. Defendant shall answer the complaint by **March 12, 2024**.

It is **SO ORDERED**.

Dated: February 27, 2024

Hon. Cathy Ann Bencivengo
United States District Judge