# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA NELSON, individually and on behalf of all other similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>AMERICAN TEXTILE COMPANY, INC.,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 23-CV-1879-CAB-SBC<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 33] |

Upon consideration of the parties' joint motion to dismiss plaintiff's individual claims with prejudice and the class claims without prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** Plaintiff's individual claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice, with each side to bear its own costs and fees. The Clerk of Court shall close this case.

It is **SO ORDERED**.

Dated: June 28, 2024

_____
Hon. Cathy Ann Bencivengo
United States District Judge